IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO GONZALES,

    Plaintiff,                                  CV F 05 0535 OWW WMW   P

vs.                                         ORDER RE MOTION (DOC 3 )

C/O SKELLENGER,

    Defendant.

       Plaintiff is a state prisoner proceeding pro se.  Plaintiff has filed a motion requesting the court to liberally construe his complaint.   Along with this order, a separate order will be entered, addressing plaintiff's allegations.  The court liberally construed the complaint, assuming as true the facts alleged in the complaint.   Plaintiff's motion is therefore denied as moot.

IT IS SO ORDERED.

**Dated:   March 8, 2006**                     /s/  **William M. Wunderlich**
mmkd34                                        UNITED STATES MAGISTRATE JUDGE

1